IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Perkins, a single male; Marcus Hawkes, a single male; Michael Fitzpatrick, a single male,<br><br>Plaintiffs,<br><br>v.<br><br>Head Hunters Smoke Shop, LLC, an Arizona corporation; and Aaron Gardner, Jr. and Jane Doe Gardner, husband wife,<br><br>Defendants. | No. CV-13-0325-TUC-BGM<br><br>**ORDER** |

Having considered the parties' request that the Court dismiss this matter with prejudice, and having reviewed the parties' Confidential Settlement Agreement and General Releases, and having determined that there exists a good faith dispute and that the parties' resolution is reasonable,

IT IS HEREBY ORDERED that the parties' Lodged: Sealed Stipulation for Dismissal with Prejudice (Doc. 14) shall be filed UNDER SEAL.

IT IS FURTHER ORDERED that the parties' Settlement Agreement and General Releases are APPROVED and that this action is DISMISSED WITH PREJUDICE. **The Clerk of the Court shall close its file in this matter.**

Dated this 30th day of August, 2013.

_____
Bruce G. Macdonald
United States Magistrate Judge